**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
S. Mohammad Kazerouni, Esq. (SBN: 252835)
mike@kazlg.com
Assal Assassi, Esq. (SBN: 274249)
assal@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
Darla Spencer

FILED
JUN 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DARLA SPENCER,

    Plaintiff,

v.

CITIBANK, N.A, ET AL.,

    Defendants.

Case No.: 1:12-CV-00500 -AWI-SMS

**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF DARLA SPENCER PURSUANT TO F.R.C.P. 41 (A)**

    Plaintiff DARLA SPENCER ("Plaintiff") hereby moves to dismiss this action with prejudice as to Plaintiff only.

    Plaintiff respectfully requests the action be dismissed WITH PREJUDICE as to Plaintiff DARLA SPENCER.

Date: June 25, 2012

                                      KAZEROUNI LAW GROUP, APC

                                      By:    /s Abbas Kazerounian
                                               ABBAS KAZEROUNIAN, ESQ.

---

NOTICE OF VOLUNTARY DISMISSAL                      PAGE 1 OF 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| DARLA SPENCER, | Case No.: 1:12-CV-00500-AWI-SMS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL AS TO PLAINTIFF DARLA SPENCER |
| v. | |
| CITIBANK, N.A, ET AL., | |
| Defendants. | |

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the action as to Plaintiff Darla Spencer to be, and is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 6-26-12

_____
HON. ANTHONY W. ISHII